1  GOODIN, MACBRIDE,
   SQUERI & DAY, LLP
2  Francine T. Radford, Bar No. 168269
   fradford@goodinmacbride.com
3  505 Sansome Street, Suite 900
   San Francisco, California  94111
4  Telephone:     (415) 392-7900
   Facsimile:     (415) 398-4321
5
   Attorneys for Defendant
6  RESTORATION ENERGY, LLC

GOODIN, MACBRIDE, SQUERI & DAY, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD

| | |
|---|---|
| INTERNATIONAL CHEMICAL SUPPLIES, INC., a Delaware corporation, and PETROVERDE CARIBE S.A., a Panamanian corporation,<br><br>         Plaintiffs,<br><br>v.<br><br>RESTORATION ENERGY, LLC, a limited liability company, SOUTHWEST EOR OPERATING, LLC, a Texas limited liability company; and DOES 1 through 10 inclusive,<br><br>         Defendants. | Case No.  1:14-CV-01645-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND FOR DEFENDANT RESTORATION ENERGY, LLC** |

1:14-CV-01645-JLT
STIP. AND [PROPOSED] ORD. FOR EXT'N OF TIME TO RESPOND FOR DEFENDANT

Pursuant to General Local Rule 144, the undersigned parties hereby stipulate as follows:

WHEREAS, the Court has ordered Defendant Restoration Energy, LLC ("Defendant") to appear through a duly licensed attorney no later than April 24, 2015 [Docket #19];

WHEREAS, Defendant has only recently been able to retain counsel on April 21, 2015;

NOW, THEREFORE, Defendant may have an extension of time to and including **May 8, 2015** to respond to the Complaint for Damages.

April 22, 2015            GOODIN, MACBRIDE, SQUERI & DAY, LLP


By: /s/Francine T. Radford
    Attorneys for Defendant
    RESTORATION ENERGY, LLC


April 22, 2015            PARKER IBRAHIM & BERG LLC


By: /s/ *John M. Sorich* (as authorized on April 22, 2015)
    Attorneys for Plaintiffs
    INTERNATIONAL CHEMICAL SUPPLIES, INC.
    and PETROVERDE CARIBE S.A.


ORDER

IT IS SO ORDERED.

Dated:   **April 26, 2015**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

- 2 -                                                              1:14-CV-01645-JLT
STIP. AND [PROPOSED] ORD. FOR EXT'N OF TIME TO RESPOND FOR DEFENDANT