GOODIN, MACBRIDE,
SQUERI & DAY, LLP
Francine T. Radford, Bar No. 168269
fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:    (415) 392-7900
Facsimile:    (415) 398-4321

Attorneys for Defendant
RESTORATION ENERGY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - BAKERSFIELD

| | |
|---|---|
| INTERNATIONAL CHEMICAL SUPPLIES, INC., a Delaware corporation, and PETROVERDE CARIBE S.A., a Panamanian corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>RESTORATION ENERGY, LLC, a limited liability company, SOUTHWEST EOR OPERATING, LLC, a Texas limited liability company; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No.  1:14-CV-01645-MCE-JLT<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON RESTORATION ENERGY, LLC'S MOTION TO DISMISS** |

Pursuant to General Local Rule 143, the undersigned parties hereby stipulate as follows:

WHEREAS, as counsel for Defendant Restoration Energy, LLC has become unavailable to attend the hearing on Defendant's Motion to Dismiss which is presently set for June 25, 2015 (either in person or telephonically), the parties have met and conferred and agree as follows:

The hearing may be continued to the Court's next available date of **July 9, 2015**, with the briefing schedule to remain as for hearing date originally set, i.e., Defendant's reply shall be filed on or before June 18, 2015.

June 15, 2015         GOODIN, MACBRIDE, SQUERI & DAY, LLP

By: /s/Francine T. Radford
    Attorneys for Defendant
    RESTORATION ENERGY, LLC

June 15, 2015         PARKER IBRAHIM & BERG LLC

By: /s/Mariel Gerlt-Ferraro (as authorized on June 15, 2015)
    Attorneys for Plaintiffs
    INTERNATIONAL CHEMICAL SUPPLIES, INC. and
    PETROVERDE CARIBE S.A.

**ORDER**

IT IS SO ORDERED.

Dated: June 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT