# UNITED STATES DISTRICT COURT

Eastern                     **District of**                     California

International Chemical Supplies (ICS)

Plaintiff (s),

V.

Restoration Energy LLC, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:14-CV-01645-JLT

Notice is hereby given that, subject to approval by the court,   International Chemical Supplies (ICS)   substitutes

(Party (s) Name)

John M. Sorich   , State Bar No.   125223   as counsel of record in place

(Name of New Attorney)

place of   AlvaradoSmith, APC* .

(Name of Attorney (s) Withdrawing Appearance)

*This substitution is to clarify the record based upon the transition of record counsel from AlvaradoSmith, APC to Parker Ibrahim & Berg LLC

Contact information for new counsel is as follows:

Firm Name:     Parker Ibrahim & Berg LLC

Address:       695 Town Center Dr., 16th Floor, Costa Mesa, CA 92626

Telephone:     (714) 361-9550                Facsimile  (714) 784-4190

E-Mail (Optional):   john.sorich@piblaw.com

I consent to the above substitution.                     /s/ Antonio Jatar

Date:     July 9, 2015                                   Antonio Jatar

(Signature of Party (s))

I consent to being substituted.                         /s/ S. Christopher Yoo

Date:     July 9, 2015                                   S. Christopher Yoo

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     July 9, 2015                                   /s/ John M. Sorich

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated:  July 17, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT