# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

International Chemical Supplies (ICS)
                      Plaintiff (s),

V.

Restoration Energy LLC, et al.

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:14-CV-01645-JLT

Notice is hereby given that, subject to approval by the court, __Petroverde Caribe S.A.__ substitutes
(Party (s) Name)

__John M. Sorich__, State Bar No. __125223__ as counsel of record in
(Name of New Attorney)

place of __AlvaradoSmith, APC*__.
(Name of Attorney (s) Withdrawing Appearance)

*This substitution is to clarify the record based upon the transition of record counsel from AlvaradoSmith, APC to Parker Ibrahim & Berg LLC

Contact information for new counsel is as follows:

    Firm Name:     Parker Ibrahim & Berg LLC

    Address:     695 Town Center Dr., 16th Floor, Costa Mesa, CA 92626

    Telephone:     (714) 361-9550     Facsimile     (714) 784-4190

    E-Mail (Optional):     john.sorich@piblaw.com

I consent to the above substitution.                       /s/ Antonio Jatar

Date: July 9, 2015                                     Antonio Jatar
                                                            (Signature of Party (s))

I consent to being substituted.                        /s/ S. Christopher Yoo

Date: July 9, 2015                                     S. Christopher Yoo
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.                         /s/ John M. Sorich

Date: July 9, 2015                                     John M. Sorich
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: July 17, 2015

                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT