# UNITED STATES DISTRICT COURT

Eastern **District of** California

International Chemical Supplies (ICS)
Plaintiff(s),

V.

Restoration Energy LLC, et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:14-CV-01645-JLT

Notice is hereby given that, subject to approval by the court, __Petroverde Caribe S.A.__ substitutes
(Party(s) Name)

__Mariel Gerlt-Ferraro__, State Bar No. __251119__ as counsel of record in place
(Name of New Attorney)

place of __AlvaradoSmith, APC*__.
(Name of Attorney(s) Withdrawing Appearance)

*This substitution is to clarify the record based upon the transition of record counsel from AlvaradoSmith, APC to Parker Ibrahim & Berg LLC

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Parker Ibrahim & Berg LLC |
| Address: | 695 Town Center Dr., 16th Floor, Costa Mesa, CA 92626 |
| Telephone: | (714) 361-9550    Facsimile  (714) 784-4190 |
| E-Mail (Optional): | mariel.gerlt-ferraro@piblaw.com |

I consent to the above substitution.

Date: July 9, 2015

/s/ Antonio Jatar
Antonio Jatar
(Signature of Party(s))

I consent to being substituted.

Date: July 9, 2015

/s/ S. Christopher Yoo
S. Christopher Yoo
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: July 9, 2015

/s/ Mariel Gerlt-Ferraro
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT